# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

**DENNIS SOBIN,**

Plaintiff,

v.

**JOHN M. FORMELLA,** in his official capacity as Attorney General of New Hampshire,

Defendant.

Civil Action No. __________

# [PROPOSED] ORDER GRANTING DECLARATORY AND INJUNCTIVE RELIEF

This matter came before the Court on Plaintiff's Complaint for Declaratory and Injunctive Relief pursuant to 42 U.S.C. § 1983.

The Court has reviewed the pleadings, the parties' submissions, the applicable law, and the entire record.

The Court finds that Plaintiff has standing to maintain this action because Plaintiff has demonstrated a concrete intention to engage in conduct proscribed by New Hampshire Revised Statutes Annotated ("RSA") § 645:2 and faces a credible threat of enforcement.

The Court further concludes that, as applied to Plaintiff's intended conduct involving private, consensual sexual activity between competent adults, RSA § 645:2 violates the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

The Court concludes that private, consensual intimate conduct between competent adults implicates constitutionally protected liberty interests recognized by the Supreme Court of the United States, including those discussed in *Griswold v. Connecticut*, 381 U.S. 479 (1965), *Eisenstadt v. Baird*, 405 U.S. 438 (1972), *Lawrence v. Texas*, 539 U.S. 558 (2003), and *Obergefell v. Hodges*, 576 U.S. 644 (2015).

The Court further concludes that, under the circumstances presented in this case, the mere presence of compensation does not extinguish all constitutional protection otherwise afforded to private consensual intimate conduct.

Accordingly, it is hereby

**ORDERED**

0. Plaintiff's request for declaratory relief is GRANTED.
0. The Court DECLARES that enforcement of RSA § 645:2 against Plaintiff, under the facts alleged in the Complaint involving private consensual sexual activity between competent adults, violates the Fourteenth Amendment to the United States Constitution.
0. Defendant, his officers, agents, servants, employees, successors in office, and all persons acting in concert or participation with them are PERMANENTLY ENJOINED from enforcing RSA § 645:2 against Plaintiff for the conduct described in the Complaint.
0. Nothing in this Order shall be construed to prohibit enforcement of any law relating to:

   a. Human trafficking;

   b. Sexual exploitation;

   c. Coercion;

   d. Force or threats of force;

   e. Fraud;

   f. Sexual assault;

   g. Conduct involving minors; or

   h. Any other criminal offense not expressly addressed herein.

0. Plaintiff is awarded his costs, if any, as permitted by law.
0. The Clerk shall enter judgment in favor of Plaintiff and close this case.

SO ORDERED.

Dated: ____________________

United States District Judge